UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joel Jeannite,                )
    Petitioner
1756 DORCHESTER AVE
BOSTON MA 02124)

   v.

PATTI SARIS AKA (Corrupt Court Official)
1 Courthouse Way, Boston, MA 02210

Count 1 18 usc. 1512 (k) conspiracy obstruction

Count 2 18 usc © (2)obstruction of official proceeding

and aiding and abetting

Count 3 31 .usc 3709 false claim

Count 4 18 usc 1621 perjury generally     )
et al.,      )
    Defendants   )

THE COMMERCIAL Affidavit PROCESS

Stare Decisis Law

**Federal Question(s): Constitution, Treaty; Religious Liberty; Due Process; Substantive Rights of Traveled., Supreme Court Rulings.**

**1) PATTI SARIS VIOLATED Title 18 U.S code section 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.**

**2)** *PATTI SARIS ILLEAGAL BEHAVIOR ARE THE FOLLOWING.* **whoever under the color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any state, territory, Commonwealth, Possession, or district to the deprivation of any rights, privileges, or immunities secured or protected by the constitution or laws of the united states.**

**3) PATTI SARIS REFUSED TO UPHOLD HER OATH OF OFFICE.**

# US CODE FOR SEDITION 18 USC CH. 115

# TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES.

**4) PATTI SARIS REFUSE TO UPHOLD ARTICLE 3 PROPER JURISDICTION.**

# 28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge

- PATTI SARIS MUST STEP DOWN OR FIRED DUE TO THE FOLLOWING

**(a)**
Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

**(b)** He shall also disqualify himself in the following circumstances:

**(1)**
Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

**(2)**
Where in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it;

**(3)**
Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy;

**(4)**

He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

(5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:

(i)

Is a party to the proceeding, or an officer, director, or trustee of a party;

(ii)

Is acting as a lawyer in the proceeding;

(iii)

Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding;

(iv)

Is to the judge's knowledge likely to be a material witness in the proceeding.

(c)

A judge should inform himself about his personal and fiduciary financial interests, and make a reasonable effort to inform himself about the personal financial interests of his spouse and minor children residing in his household.

(d) For the purposes of this section the following words or phrases shall have the meaning indicated:

(1)

"proceeding" includes pretrial, trial, appellate review, or other stages of litigation;

(2)

the degree of relationship is calculated according to the civil law system;

(3)

"fiduciary" includes such relationships as executor, administrator, trustee, and guardian;

(4) "financial interest" means ownership of a legal or equitable interest, however small, or a relationship as director, adviser, or other active participant in the affairs of a party, except that:

(i)

Ownership in a mutual or common investment fund that holds securities is not a "financial interest" in such securities unless the judge participates in the management of the fund;

(ii)

An office in an educational, religious, charitable, fraternal, or civic organization is not a "financial interest" in securities held by the organization;

(iii)

The proprietary interest of a policyholder in a mutual insurance company, of a depositor in a mutual savings association, or a similar proprietary interest, is a "financial interest" in the organization only if the outcome of the proceeding could substantially affect the value of the interest;

(iv)

Ownership of government securities is a "financial interest" in the issuer only if the outcome of the proceeding could substantially affect the value of the securities.

(e)

No justice, judge, or magistrate judge shall accept from the parties to the proceeding a waiver of any ground for disqualification enumerated in subsection (b). Where the ground for disqualification arises only under subsection (a), waiver may be accepted provided it is preceded by a full disclosure on the record of the basis for disqualification.

(f)

Notwithstanding the preceding provisions of this section, if any justice, judge, magistrate judge, or bankruptcy judge to whom a matter has been assigned would be disqualified, after substantial judicial time has been devoted to the matter, because of the appearance or discovery, after the matter was assigned to him or her, that he or she individually or as a fiduciary, or his or her spouse or minor child residing in his or her household, has a financial interest in a party (other than an interest that could be substantially affected by the outcome), disqualification is not required if the justice, judge, magistrate judge, bankruptcy judge,

spouse or minor child, as the case may be, divests himself or herself of the interest that provides the grounds for the disqualification.

## *PATTI SARIS WARING AGAINST THE U.S CONSTITUTION*.

petitioner established and guaranteed in the $1^{st}, 4^{th}, 5^{th}, 6^{th}, 7^{th}, 8^{th}, 9^{th}, and\ 10^{th}$ Amendments, and in United States Supreme Court ،**Stare Decisis**' so noted above, where this court has no authority to adjudicate contrary.

Note that the presiding judge, and any judge acting as organ of the court, is aware that 42 USC 1986 requires the person(s) adjudicating legal processes, to correct wrongs, and that their failure to correct the wrongs that were addressed constitutes Fraud under Rule 9(b) of the FRCP, cross referenced to 28 USC 1746, and that this Fraud constitutes a Perjury on the Oath of Office at 18 USC 1621, deprives us of rights, at 18 USC 241, and 242, Conspires to deprives rights at 42 USC 1985; is an extortion of rights at 18 USC 872, and is actionable under 42 USC 1983.

**Judicial officers have no immunity when they have no jurisdiction over subject matter.**

"No one is bound to obey an unconstitutional law and no courts are bound to enforce it." – 16 Am Juris 2nd, Sec 177 late 2d, Sec 256.

"The State cannot diminish rights of the People." – Hurtado v. California, 110 U.S. 516

"The state is a people and not the created form of government." – Texas v. White, 7 Wallace, 700-74.

"The individual may stand upon constitutional rights. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business or to open his door to an investigation, so far as it may tend to incriminate him. He owes no such duty or the state, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, long antecedent to the organization of the state… He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 (1905).

## **_SEEKING 8 BILLION_**

PATTI SARIS is being sued for $8 BILLION for compensatory damages and for punitive damages in his private capacity.

.

In addition, all the defendant's homes, 401k, and all asset under their names be liquidated due to defendant inflicted mental anguish and pain and suffering.

A SECURITY (15 U.S.C.) CLAIM OF COMMERCIAL LIEN AND AFFIDAVIT

CLAIMANT Joel Jeannite

DEBTOR PATTI SARIS

To Guarantee Bond on the Specific Performance of and by All public Officials, Officers of the Court, and Title Insurance Companies Connected with this Cause of Action Consisting of Court Case (soon to be determine)

I, Joel Jeannite, depose and say as follows:

1. The parties of the Commercial Lien are cited in the following "List of Lien Debtors," where they are identified in the Official Capacities.
2. All processes in the above cited case have been summary processes in which the Constitutional and commercial right to jury trial has been abridged and denied. All other supporting processes have likewise been summary processes.
3. Nothing has been provided by any public official or officer of the court in the above cited case to demonstrate or prove that they are commercially bonded to operate any summary processes which abridge or deny any commercial provision of the United States Constitution or the MASSACHUSET state Constitution.
4. This commercial lien is commercially necessary to guarantee for both the lien claimant and the public in general that such a bond will exist upon the said officials and officers of the court and is not placed for any reason of harassment of persons or processes.
5. The cited Lien Debtors are being liened for a minimum of $8 BILLION DOLLARS, based on Title 18, Section 241, of the United States Code for violation of United States Constitutional Rights including the Seventh Amendment of the Bill of Rights, guaranteeing a jury trial in all commercial processes and approximately 35 other commercial provisions of the United States Constitution.

This commercial lien is intended to seize all the real and movable property of the above cited Lien Debtors and those on the attached extended list of Lien Debtors. This property is being seized as a pledge to secure the above cited obligation declared in paragraphs 2, 3, and 4 to apply it as a bond on the persons and activities of the officials, officers of the court, title insurance companies, and other such Lien Debtors as may be added from time to time for whatever relevant and just commercial agreement.

This commercial lien is not a *lis pendens* lien. It may not be removed or dissolved by any parties except the Lien Claimants or a common-law jury properly convened and used.

### TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Day 17, AUG, 2023 .

I Am: _____

Authorized Representative Natural Person, In Propria Persona: All Rights Reserved; U.C.C. 1-207 / 308; U.C.C. 1-103

DANIEL LOPEZ GARCIA
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 23, 2029